

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER WYATT,

Plaintiff,

v.

COUNTY OF SAN DIEGO, et al.,

Defendants.

Case No.: 3:26-cv-02513-CAB-DDL

**ORDER DENYING APPLICATION TO PROCEED IFP**

[Doc. No. 2]

Before the Court is Plaintiff Christopher Wyatt's motion for leave to proceed *in forma pauperis* ("IFP"). [Doc. No. 2.] Plaintiff filed his IFP motion in connection with a complaint against the County of San Diego, the San Diego County Sheriff's Department (together, "Defendants"), and Doe Defendants 1–50. [Doc. No. 1 ("Complaint").]

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of

$405.[1]  *See* 28 U.S.C. § 1914(a).  A party may initiate a civil action without prepaying the required filing fee if the Court grants leave to proceed IFP based on indigency.  28 U.S.C. § 1915(a); *Andrews v. Cervantes*, 493 F.3d 1047, 1050 (9th Cir. 2007).  To satisfy the requirements of § 1915(a), "an affidavit [of poverty] is sufficient which states that one cannot because of his poverty pay or give security for the costs . . . and still be able to provide himself and dependents with the necessities of life."  *Adkins v. E. I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) (internal quotation marks omitted); *see also Escobedo v. Applebees*, 787 F.3d 1226, 1229 (9th Cir. 2015).

Here, Plaintiff provides the Court with a sufficiently detailed application as required by § 1915(a). [Doc. No. 2.]  However, Plaintiff fails to demonstrate an inability to pay fees and costs or to give security for them, as he receives monthly disability payments of $5,400 and possesses reported assets totaling $682,001.50.  [Doc. No. 2.]  Plaintiff's income and assets demonstrate that he can pay the required filing fee.

Accordingly, the Court **DENIES** Plaintiff's IFP motion under 28 U.S.C. § 1915(a). Plaintiff has until July 27, 2026 to pay the required filing fee.  If Plaintiff does not pay the filing fee, the Clerk of Court shall close the case on July 28, 2026.

It is **SO ORDERED**.

Dated:  July 13, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

---

[1]  Civil litigants must pay an administrative fee of $55 in addition to the $350 filing fee.  *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc.  Fee Schedule, § 14 (eff. Dec. 1, 2023)).  The additional $55 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*